# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of District of Columbia

Case Number: 110CV00979

Plaintiff/Petitioner:
**CHRIS JOANNOU**
vs.
Defendant/Respondent:
**LINCOLN HOCKEY, LLC**

Received by Hatfield Process Service to be served on **NHL Enterprise, L.P., Serve: The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801**. I, _Daniel Newcomb_, do hereby affirm that on the _15_ day of _June_, 20_10_ at _3:10_ p.m., executed service by delivering a true copy of the Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; and Complaint in accordance with state statutes in the manner marked below:

(✓) REGISTERED AGENT SERVICE: By serving _Scott LaScala_
as _Managing Agent_ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _Daniel Newcomb (Notary in DE)_
Appointed in accordance with State Statutes

Hatfield Process Service
Www.Hatfieldprocess.Com
1669 Jefferson
Kansas City, MO 64108
(816) 842-9800
Our Job Serial Number: 2010009261

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4b

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **NHL Enterprise, LP**
was received by me on *(date)* **6/15/10** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Scott LaScala, Managing Agent** , who is
designated by law to accept service of process on behalf of *(name of organization)* **NHL Enterprise LP**
**@ Corporation Trust Co, 1209 Orange St** on *(date)* **6/15/10 3:10p** ; or
**Wilmington DE 19801**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **6/16/10**

_____
Server's signature

**Daniel Newcomb, Process Server**
Printed name and title

HPS
PROCESS SERVICE
INVESTIGATIONS

www.hatfieldprocess.com
1669 Jefferson Street
Kansas City, MO 64108
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Chris Joannou

*Plaintiff*

v.

NHL Enterprises L.P.

*Defendant*

Case: 1:10-cv-00979
Assigned To : Roberts, Richard W.
Assign. Date : 6/11/2010
Description: General Civil

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NHL Enterprises L.P.

Serve: The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hassan Zavareei

Tycko & Zavareei LLP
2000 L St. NW, Suite 808
Washington, DC 20036
202-973-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 6-11-10

*Signature of Clerk or Deputy Clerk*