# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

------------------------------------------------------------------ x
                                  :

Chris Joannou                            :

                                  :  **FILED ELECTRONICALLY**

              Plaintiff,           :

      v.                           :  No. 1:10-cv-00979-RWR

                                  :

Lincoln Hockey LLC, Lincoln Holdings LLC, and  :  **DEFENDANTS' DISCLOSURE**
NHL Enterprises L.P.                              :  **STATEMENT PURSUANT TO FED.**
                                  :  **R. CIV. P. 7.1**

            Defendants.        :

                                  :

------------------------------------------------------------------ x

This statement is submitted pursuant to Rule 7.1 of the Federal Rules of Civil Procedure in order to enable Judges of the Court to evaluate possible disqualification or recusal. The undersigned counsel of record for Defendants certifies that:

1. Lincoln Hockey LLC is a wholly owned subsidiary of Lincoln Holdings LLC;

2. Lincoln Holdings LLC has no parent corporation and no publicly-held corporation holds 10% or more of its stock; and

2

3. NHL Enterprises L.P. has no parent corporation and no publicly-held corporation holds 10% or more of its stock

Dated:  August 5, 2010

          Respectfully submitted,

          /s/ Jeffrey P. Cunard
          Jeffrey P. Cunard (D.C. Bar No. 362477)
          DEBEVOISE & PLIMPTON LLP
          555 13th Street, N.W., Suite 1100 E
          Washington, D.C. 20004
          (202) 383-8000 (phone)
          (202) 383-8118 (fax)
          jpcunard@debevoise.com

*Attorneys for Defendants Lincoln Hockey LLC, Lincoln Holdings LLC, and NHL Enterprises, L.P.*

## CERTIFICATE OF SERVICE

I, Richard S. Lee, of Debevoise & Plimpton LLP, herein certify that I am over eighteen (18) years of age and that on the 5th day of August 2010 I caused a copy of the Defendants' Rule 7.1 Disclosure Statement to be served by electronic filing, e-mail and Federal Express upon:

> Norman Siegel, Esq.
> siegel@stuevesiegel.com
> Bradley T. Wilders
> wilders@stuevesiegel.com
> Stueve Siegel Hanson LLP
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> Telephone: (816) 714-7100
>
> Hassan Zavereei, Esq.
> hzavareei@tzlegal.com
> Jeffrey Kaliel
> jkaliel@tzlegal.com
> Tycko & Zavareei LLP
> 2000 L Street, N.W. Suite 808
> Washington, DC 20036
> Telephone: (202) 973-0900

I understand that transmission of the Clerk's Notice of Electronic Filing will effect service.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2005.

_/s/ Richard S. Lee_

Richard S. Lee