UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 1:10-cv-00979-RWR

CHRIS JOANNOU,                          )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )
                                        )
                                        )
LINCOLN HOCKEY LLC;                     )
LINCOLN HOLDINGS LLC;                   )
NHL ENTERPRISES L.P.,                   )
                                        )
            Defendants.                 )
                                        )
_____ )

### Errata

COMES NOW Hassan A. Zavareei, a member of the law firm of Tycko & Zavareei LLP, counsel for Plaintiff, Chris Joannou, and hereby states that he is a member of the Bar of this Court and is a member in good standing of the Bar of the District of Columbia and of this Court.

On July 19, 2010 Plaintiff filed a Motion for Leave to Appear Pro Hac Vice for Norman E. Siegel and Bradley T. Wilders (Docket Entry # 9).

As an Errata to said motion, Plaintiff now submits a change to paragraph 7 of the Declarations of Norman E. Siegel and Bradley T. Wilders (Exhibit A and B, respectively) as follows:

"I declare under penalty of perjury that the foregoing is true and correct."

WHEREFORE, the undersigned respectfully requests that the Court enter an order, substantially in the form attached as **Exhibit D** to Docket Entry # 9 admitting Mr.

Siegel and Mr. Wilders *pro hac vice*, to appear before this Court in the above-captioned matter and granting such other and further relief as the Court may deem proper.

Dated:  August 19, 2010

Respectfully submitted,

Hassan A. Zavareei, Esq. (DCSB# 456161)
Tycko & Zavareei LLP
2000 L Street N.W. Suite 808
Washington, D.C.  20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
*Counsel for Plaintiff*