UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

Chris Joannou

        Plaintiff,

   v.

Lincoln Hockey LLC, Lincoln Holdings LLC, and NHL Enterprises L.P.

        Defendants.

**FILED ELECTRONICALLY**

No. 1:10-cv-00979-JEB

---

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties to this action as follows:

1. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action, and any and all claims asserted herein, is hereby dismissed with prejudice and in its entirety as against defendants Lincoln Hockey LLC, Lincoln Holdings LLC, and NHL Enterprises L.P.

2. Dismissal shall be without costs or fees to any party.

3. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Washington, D.C.
       May 5, 2011

Dated:  May 5, 2011

Respectfully submitted,

| | |
|---|---|
| /s/ Hassan Zavareei | /s/ Jeffrey P. Cunard |
| Hassan Zavareei (D.C Bar No. 456161) | Jeffrey P. Cunard (D.C. Bar No. 362477) |
| Jeffrey Kaliel (D.C. Bar No. 983578) | Bruce P. Keller (admitted pro hac vice) |
| TYCKO & ZAVAREEI LLP | Richard S. Lee (admitted pro hac vice) |
| 2000 L Street NW Suite 808 | DEBEVOISE & PLIMPTON LLP |
| Washington DC 20036 | 555 13th Street, N.W., Suite 1100 E |
| Telephone: (202) 973-0900 | Washington, D.C. 20004 |
| Facsimile: (202) 973-0950 | (202) 383-8000 (phone) |
| hzavareei@tzlegal.com | (202) 383-8118 (fax) |
| jkaliel@tzlegal.com | jpcunard@debevoise.com |
| | bpkeller@debevoise.com |
| Norman Siegel (pro hac vice pending) | rslee@debevoise.com |
| Bradley T. Wilders (pro hac vice pending) | |
| STUEVE SIEGEL HANSON LLP | *Attorneys for Defendants Lincoln Hockey* |
| 460 Nichols Road, Suite 200 | *LLC, Lincoln Holdings LLC, and NHL* |
| Kansas City, Missouri 64112 | *Enterprises, L.P.* |
| Telephone: (816) 714-7100 | |
| wilders@stuevesiegel.com | |
| siegel@stuevesiegel.com | |

*Attorneys for Plaintiff Chris Joannou*

SO ORDERED this _____ day of _____, 2011.

_____
Hon. James E. Boasberg
United States District Court Judge