UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------ x

Chris Joannou

                  Plaintiff,

    v.

Lincoln Hockey LLC, Lincoln Holdings LLC, and
NHL Enterprises L.P.

                  Defendants.

------------------------------------------------------------ x

FILED ELECTRONICALLY

No. 1:10-cv-00979-JEB

**FILED**

MAY - 6 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties to this action as follows:

1.    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action, and any and all claims asserted herein, is hereby dismissed with prejudice and in its entirety as against defendants Lincoln Hockey LLC, Lincoln Holdings LLC, and NHL Enterprises L.P.

2.    Dismissal shall be without costs or fees to any party.

3. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Washington, D.C.
       May 5, 2011

Dated: May 5, 2011

Respectfully submitted,

/s/ Hassan Zavareei
Hassan Zavareei (D.C Bar No. 456161)
Jeffrey Kaliel (D.C. Bar No. 983578)
TYCKO & ZAVAREEI LLP
2000 L Street NW Suite 808
Washington DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
jkaliel@tzlegal.com

Norman Siegel (pro hac vice pending)
Bradley T. Wilders (pro hac vice pending)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
wilders@stuevesiegel.com
siegel@stuevesiegel.com

*Attorneys for Plaintiff Chris Joannou*

/s/ Jeffrey P. Cunard
Jeffrey P. Cunard (D.C. Bar No. 362477)
Bruce P. Keller (admitted pro hac vice)
Richard S. Lee (admitted pro hac vice)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W., Suite 1100 E
Washington, D.C. 20004
(202) 383-8000 (phone)
(202) 383-8118 (fax)
jpcunard@debevoise.com
bpkeller@debevoise.com
rslee@debevoise.com

*Attorneys for Defendants Lincoln Hockey LLC, Lincoln Holdings LLC, and NHL Enterprises, L.P.*

SO ORDERED this 6th day of May, 2011.

_____
Hon. James E. Boasberg
United States District Court Judge